MACK & GIL, LLC
Anthony C. Mack, Esq.
60 Park Place, Suite 1104
Newark, NJ 07102
(973) 624-7800
Attorney for Defendant, Eduardo Nunez

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDUARDO NUNEZ, Defendant, | Mag. No.: 08-8109 CR-08-784 SRC<br>Criminal Action<br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Anthony C. Mack, Esq., attorney for Defendant, Eduardo Nunez, and with the consent of Assistant United States Attorney, Robert Frazier seeking an order to change the defendant's conditions of bail as follows:

IT IS on this _8th_ day of June, 2009.

**ORDERED** that the defendant will no longer be subject to electronic monitoring.

**ORDERED** that all remaining conditions of bail remain the same.

_____
Robert Frazier, AUSA

_____
Anthony C. Mack, Esq.
Attorney for Defendant

_____
Hon. Stanley R. Chessler, U.S.D.J.

# MACK & GIL, LLC

Attorneys-At-Law
A Limited Liability Company

ANTHONY C. MACK*+
KELVIN R. GIL*

HORATIUS A. GREENE, II
of Counsel

* NJ AND NY BARS
+ Admitted to US Supreme Court

60 PARK PLACE
SUITE 1104
NEWARK, NJ 07102
(973) 624-7800
FAX (973) 624-5005

NEW YORK OFFICE

20 VESEY STREET, SUITE 503
NEW YORK, NY 10007

REPLY TO NJ OFFICE

June 26, 2009

Hon. Stanley R. Chesler, U.S.D.J.
United States District Court
Frank R. Lautenberg, Bldg.
U.S. Post Office & Courthouse
P.O. Box 999
Newark, NJ 07101

Re: U.S. v. Eduardo Nunez
Mag. No.: 08-8109

Dear Judge Chesler:

Enclosed please find a Consent Order in reference to the above matter.

Please call with questions and/or concerns. Thank you for your anticipated concern and cooperation.

Sincerely,

s/ Anthony C. Mack
Anthony C. Mack, Esq.

ACM/mr